# United States Court of Appeals
## For the First Circuit

---

Nos. 04-1619
     04-1664

BENJAMIN A. BUCCI, Individually and as Assignee of
N.E.C.N, Inc. d/b/a The Industry,

Plaintiff, Appellant/Cross-Appellee,

v.

ESSEX INSURANCE COMPANY,

Defendant, Appellee/Cross-Appellant.

---

ERRATA SHEET

The opinion of this Court issued on January 5, 2005 is
amended as follows:

On page 16, line 11, replace "Nonconverage" with
"Noncoverage".